FILED
CLERK, U.S. DISTRICT COURT
May 12, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTAF HUDANI, an Individual; JASMINE HUDANI, an Individual; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01695-SB (Ex)<br><br>**JUDGMENT** |

   Based upon the evidence before the Court, including the Court's granting, without leave to amend, of plaintiff and counterclaim defendant Northfield Insurance Company's (Northfield) Motion to Dismiss the First Amended Counterclaim (FAC) of Altaf Hudani and Jasmine Hudani (Hudani) (Dkt. No. 49), **JUDGMENT** shall be entered in favor of Northfield and against Hudani on Northfield's Complaint (Dkt. No. 1) and Hudani's FAC (Dkt. No. 36).

Dated: May 12, 2021     _____
                         Stanley Blumenfeld, Jr.
                         United States District Judge

1